UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA and
STATE OF MICHIGAN, ex rel,
ASHWANI SHEORAN, RPh,

      Plaintiff-Relator,

-vs-

WAL-MART STORES EAST, LP, d/b/a
WALMART, a foreign corporation,
DEFENDANT TOI WALKER, DOUG HENGE
ALFRED RODRIGUEZ,
RICHARD LOCKARD, M.D.,
NAVEED MAHFOOZ, M.D., and
TAREK EZZEDDINE, M.D.,

      Defendants.

Case No. 13-10568
Hon. John Corbett O'Meara
Magistrate Judge Michael Hluchaniuk

---

| | |
|---|---|
| **THE STINNETT LAW GROUP, PLC** | **HERTZ SCHRAM PC** |
| **ANN MARIE STINNETT (P66209)** | **PATRICIA A. STAMLER (P35905)** |
| 101 W. Big Beaver Rd., Suite 1400 | 1760 S. Telegraph Rd., Suite 300 |
| Troy, Michigan 48084 | Bloomfield Hills, Michigan 48302 |
| (248) 687-1536 | (248) 335-5000 |
| ams@stinnettlawgroup.com | pstamler@hertzschram.com |
| *Attorney for Plaintiff-Relator* | ***Former*** *Attorney for Plaintiff-Relator* |
| **U.S. ATTORNEY'S OFFICE** | **MI DEPT. OF ATTORNEY GENERAL** |
| **PETER A. CAPLAN (P30643)** | **HEALTH CARE FRAUD DIVISION** |
| **LYNN MARIE DODGE (P38136)** | **JASON R. EVANS (P61567)** |
| 211 W. Fort St., Suite 2001 | Assistant Attorney General |
| Detroit, Michigan 48226 | P.O. Box 30218 |
| (313) 226-9784 (Peter A. Caplan) | Lansing, MI  48909 |
| (313) 226-9100 (Lynn Marie Dodge) | (517) 241-6500 |
| peter.caplan@usdoj.com | evansj@michigan.gov |
| lynn.dodge@usdoj.com | *Attorney for State of Michigan* |
| *Attorney for United States* | |

{H0550010.1}

## NOTICE OF LIEN

NOW COMES Hertz Schram PC, by and through its counsel, and hereby submits this Notice to the Court and all counsel of record of its attorney's lien for fees and costs and asserting its right of recovery.  In support of this lien, Hertz Schram PC states as follows:

1.      Hertz Schram PC was retained by the Plaintiff-Relator and filed the above-captioned suit.

2.      Plaintiff-Relator retained new counsel in this matter, on or about April 18, 2018.

3.      Hertz Schram PC has incurred costs in prosecuting this case and is entitled to recover the same.

4.      Hertz Schram PC is also entitled to attorney's fees in connection with prosecuting this suit pursuant to the retainer agreement with the Plaintiff-Relator, as well as other staff who have expended hours on this case.

5.      Hertz Schram PC's name must be included on any instrument, draft or check issued in payment as settlement or payment of a judgment in this matter.

Wherefore, Hertz Schram PC asserts its right of recovery from any settlement or judgment against the defendant(s) in this case.

Respectfully submitted,

HERTZ SCHRAM PC

By:    */s/ Patricia A. Stamler*
       Patricia A. Stamler (P35905)
       1760 S. Telegraph Rd., Ste. 300
       Bloomfield Hills, MI 48302-0183
       (248) 335-5000

Dated:  May 11, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on *May 11, 2018*, I electronically filed *Notice of Lien and this Certificate of Service* with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Ann Marie Stinnett
Peter A. Caplan
Lynn M. Dodge
Jason R. Evans

       */s/ Patricia A. Stamler*
       Hertz Schram PC
       1760 S. Telegraph Road, Suite 300
       Bloomfield Hills, MI  48302
       (248) 335-5000
       pstamler@hertzschram.com
       P35905