UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA and
STATE OF MICHIGAN, ex rel,
ASHWANI SHEORAN, RPh,

Plaintiff-Relator,

vs.

WAL-MART STORES EAST, LP, d/b/a
WALMART, a foreign corporation,
DEFENDANT TOI WALKER, DOUG HENGER,
ALFRED RODRIGUEZ,
RICHARD LOCKARD, M.D.,
NAVEED MAHFOOZ, M.D., and
TAREK EZZEDDINE, M.D.,

Jointly and Severally,

Defendants.

Case No. 13-10568
Hon. John Corbett O'Meara
Magistrate Judge Michael Hluchaniuk

_____/

| | |
|---|---|
| **THE STINNETT LAW GROUP, PLC**<br>**ANN MARIE STINNETT (P66209)**<br>*Attorneys for Plaintiff-Relator*<br>101 W. Big Beaver Rd., Suite 1400<br>Troy, MI 48084<br>Tel: (248) 687-1536<br>Fax: (248) 630-2600<br>ams@stinnettlawgroup.com | **THE HEALTH LAW PARTNERS, PC**<br>**ROBERT S. IWREY (P48688)**<br>*Attorneys for Defendant, Richard Lockard, M.D.*<br>32000 Northwestern Hwy, Suite 240<br>Farmington Hills, MI 48334<br>Tel: (248) 996-8510<br>Fax:(248) 996-8525<br>riwrey@thehlp.com |

| | |
|---|---|
| **U.S. ATTORNEY'S OFFICE** <br> **PETER A. CAPLAN (P30643)** <br> **LYNN MARIE DODGE (P38136)** <br> *Attorneys for Plaintiff-Relator* <br> 211 W. Fort St., Suite 2001 <br> Detroit, MI 48226 <br> Tel: (313) 226-9784 (Peter A. Caplan) <br> Tel: (313) 226-9100 (Lynn Marie Dodge) <br> peter.caplan@usdoj.com <br> lynn.dodge@usdoj.com | **ANDREW R. LOCKARD (P65401)** <br> *Attorney for Defendant, Richard Lockard, M.D.* <br> 225 E. Woodworth Street <br> Bad Axe, MI 48413 <br> Tel: (989) 269-9313 <br> Fax: (989) 269-9314 <br> arlock@sbcglobal.net |
| **MI DEPT. OF ATTORNEY GEN.** <br> **HEALTH CARE FRAUD DIVISION** <br> **JASON R. EVANS (P61567)** <br> *Attorney for Plaintiff-Relator* <br> P.O. Box 30218 <br> Lansing, MI 48909 <br> Tel: (517) 241-6500 <br> Fax: (517) 241-6515 <br> evansj@michigan.gov | |

_____/

### RICHARD LOCKARD M.D.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b), Defendant, Richard Lockard M.D., by and through counsel, respectfully moves for an extension of time to respond to Plaintiff's First Amended Complaint ("FAC"). In support of said Motion, Dr. Lockard states as follows:

1. Plaintiff served his 34-page FAC on or about July 5, 2018. (Doc. 3.)

2. Pursuant to Fed. R. Civ. P. 12(a)(1)(A), Dr. Lockard must respond within 21 days after being served.

3. Dr. Lockard's response to Plaintiff's FAC is currently due on July 26, 2018.

4. Due to the complex nature of the complaint and the general order of business, counsel for Dr. Lockard respectfully requests a relatively short extension of time to respond by September 10, 2018.

5. Counsel for Dr. Lockard has consulted with counsel for Plaintiff, who indicates that Plaintiff has no objection to this requested extension of time.

WHEREFORE, Defendant, Dr. Lockard, respectfully requests an extension of time within which to respond to Plaintiff's FAC to and including September 10, 2018.

Dated: July 17, 2018    THE HEALTH LAW PARTNERS, P.C.

By: /s/*James R. Witham*
Robert S. Iwrey (P48688)
James R. Witham (P79270)
Attorneys for Defendants
320006 Northwestern Highway
Suite 240
Farmington Hills, MI 48334
(248) 996-8510

## **CERTIFICATE OF SERVICE**

I certify that on the 17th day of July 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send email notification of electronic filing to counsel for all parties of record.

/s/*Marianna M. McIntyre*
Marianna M. McIntyre
Legal Secretary
The Health Law Partners, P.C.
32000 Northwestern Hwy., Ste. 240
Farmington Hills, MI 48334
(248) 996-8510
mmcintyre@thehlp.com